UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BARRY LYNN WATTERS, JR.,**

    **Plaintiff,**

  v.                                         Case No. 13-CV-905

**CPL. TRINKER, CPL. DEQUAINE,
C.O. N. KROLL, BROWN COUNTY JAIL,
ARAMARK FOOD SERVICE,
and CORRECTIONAL HEALTH CARE,**

    **Defendants.**

---

## DECISION AND ORDER

By order dated September 25, 2013, plaintiff was ordered to forward to the Clerk of Court by October 18, 2013, the sum of $1.88 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

**IT IS ALSO ORDERED** that a copy of this order be sent to the Brown County Sheriff.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2013.

                                                      s/ Lynn Adelman
                                                      _____
                                                      LYNN ADELMAN
                                                      District Judge